# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHE AMBROSINO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CIR, LAW OFFICES INTERNATIONAL and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: CV 19-01058 DSF<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal filed by the parties on June 27, 2019, IT IS HEREBY ORDERED THAT this action shall be, and it hereby is, dismissed with prejudice as to Plaintiff Chrispohe Ambrosino. The claims asserted on behalf of the putative class members are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.
Date: June 28, 2019

_____
Dale S. Fischer
United States District Judge